1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 JASWINDER SINGH,                    )
                                       )
13              Plaintiff,             )  No. C 06-7755 CRB
                                       )
14       v.                            )
                                       )
15 DAVID N. STILL, District Director,  )  **STIPULATION TO DISMISS AND**
   United States Citizenship and       )  ~~[PROPOSED]~~ **ORDER**
16 Immigration Services, and EMILIO T. )
   GONZALEZ, Director, United States   )
17 Citizenship and Immigration Services;)
                                       )
18              Defendants.            )
                                       )
19 _____ )

20     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because

22 the Defendants have issued the requested travel documents to Plaintiff's wife and children.

23     Each of the parties shall bear their own costs and fees.

24 ///

25 ///

26

27

28

Stip. to Dismiss
C 06-7755 CRB

1 | Date: March 20, 2007 | Respectfully submitted,
2 | | SCOTT N. SCHOOLS
  | | United States Attorney
3 |
4 |
5 | | EDWARD A. OLSEN
  | | Assistant United States Attorney
6 | | Attorneys for Defendants
7 |
8 | Date: March ____, 2007 | /s/ per signature
9 | | JONATHAN KAUFMAN
  | | Attorney for Plaintiff
10 |
11 | **ORDER**
12 | Pursuant to stipulation, IT IS SO ORDERED.
13 |
14 | Date: March 21, 2007
15 | | _____
  | | CHARLES R. BREYER
16 | | United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Stip. to Dismiss
C 06-7755 CRB